**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THE SCOTTS COMPANY LLC AND THE HAWTHORNE GARDENING COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:21-cv-00020-SDM-KAJ |
| v. | ) ) | Honorable Sarah D. Morrison |
| **JONAH PARKER** | ) ) | |
| Defendant. | ) ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs The Scotts Company

LLC and the Hawthorne Gardening Company ("Scotts") hereby dismiss their complaint in this

action with prejudice.  Each party shall bear its own cost and fees.


Date:  October 4, 2021                              Respectfully submitted,


                                                    */s/ Jeffrey J. Jones*
                                                    Jeffrey J. Jones, Trial Attorney
                                                    (0030059)
                                                    jjjones@jonesday.com
                                                    Elizabeth L. Dicus (0081219)
                                                    eldicus@jonesday.com
                                                    JONES DAY
                                                    325 John H. McConnell Blvd.,
                                                    Suite 600
                                                    Columbus, OH 43215-2673
                                                    Telephone: (614) 469-3939
                                                    Facsimile:  (614) 461-4198

                                                    Thomas R. Goots (0066010)
                                                    trgoots@jonesday.com
                                                    JONES DAY

1

901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile:  (216) 579-0212

*Attorneys for Plaintiffs*
*The Scotts Company LLC and*
*The Hawthorne Gardening Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4 day of October 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF the system, which will effectuate service on any registered counsel.  In addition, a copy of this Motion was mailed by ordinary first class mail, postage prepaid, to counsel for the defendant, Todd Slobin, Shellist, Lazarz, Slobin LLP, 11 Greenway Plaza, Suite 1515, Houston, Texas 77046.

/s/ *Jeffrey J. Jones*

Jeffrey J. Jones, Trial Attorney
*Attorney for Plaintiffs*

3